UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

BEVERLY D. VAUGHN

                                    Debtor

CASE NO: 06-30211

(Chapter 13)

JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are
being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045005**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 25 | CITIMORTGAGE INC<br>BOX 6941<br>THE LAKES, NV  88901 | 71.55 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/9/2010

Certificate of Service                          06-30211

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.


OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BEVERLY D. VAUGHN              THOMAS D BERRY              (25.4)
4039 SHENANDOAH DRIVE          4630 SALEM AVE             CASEY M CANTRELL-SWARTZ
DAYTON, OH  45417-1101         DAYTON, OH  45416          BOX 5480
                                                          CINCINNATI, OH  45202


(26.1n)                        (25.1)                     (25.3)
CITIFINANCIAL INC              CITIMORTGAGE INC           CITIMORTGAGE INC
BANKRUPTCY REMITTNACE          BOX 6941                   3950 REGENT
PO BOX 70919                   THE LAKES, NV  88901       IRVING, TX  75063
CHARLOTTE, NC  28272


(27.1n)                        (23.1n)                    (1021.1n)
JOE LOZANO                     PREMIER BANKCARD           REIMER ARNOVITZ CHERNEK & JEFFREY
9441 LBJ FREEWAY               PREMIER CSI DEPT SDPR      CO
SUITE 350                      BOX 2208                   BOX 968
DALLAS, TX  75243              VACAVILLE, CA  95696       2450 EDISON BOULEVARD
                                                          TWINSBURG, OH  44087


        Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv


0630211_42_20101109_0822_278/T317_sv
###